## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAY 3 1 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LENA HARDAWAY,            )
                                    )
        Plaintiff,          )
                                    )
        v.                 )    Civil Case No.
                                    )    1:14-cv-0405 (RJL-DAR)
CROSS-STATE MOVING, *et al.,*   )
                                    )
        Defendants.     )

## MEMORANDUM OPINION
(May 26, 2017) [Dkts. #57, #61]

On March 20, 2017, Magistrate Judge Deborah A. Robinson's [61] Report and Recommendation was entered. The parties then had 14 days to file objections to the recommendations made by the Magistrate Judge. Fed. R. Civ. P. 72(b)(2). To date, no objections have been filed. Upon careful consideration of the record in this case and of Magistrate Judge Robinson's Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

Accordingly, the Court shall GRANT defendant's [57] Motion to Dismiss. An appropriate Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge